## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **HUGH KEVIN WOODDELL,** | ) | **Civil Case No. 7:11cv00582** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BATH COUNTY** | ) | |
| **SHERIFF'S DEPT.,** *et al.*, | ) | **By: Norman K. Moon** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Wooddell's claims against defendants Northfleet and Bath County Sheriff's Department are **DISMISSED without prejudice** and the Clerk is **DIRECTED** to terminate Northfleet and Bath County Sheriff's Department as defendants to this action.

The Clerk is directed to send a copy of this memorandum opinion and the accompanying order to the parties.

ENTER: This 23rd day of May, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE