IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HUGH KEVIN WOODDELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11-cv-00582 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BATH COUNTY SHERIFF'S DEP'T, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendant's motion for summary judgment (Docket No. 21) is **GRANTED**, Wooddell's motion to appoint counsel (Docket No. 18) is **DISMISSED** as moot, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 10th day of August, 2012.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE